UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | : | |
| v. | : | 07-cr-00759-SDW |
| | : | |
| QUADIR BOOKER | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the application of Christopher J. Christie, United States Attorney for the District of New Jersey (Jacob T. Elberg, Assistant U.S. Attorney, appearing), and defendant Quadir Booker (Patrick McMahon, AFPD, appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right under Title 18 United States Code, Section 3161(c) to have the matter go to trial within 70 days of the filing date of an indictment or information; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this _18th_ day of September 2008,

ORDERED that the proceedings in the above-captioned matter are continued from September 15, 2008 to January 27, 2009; and

ORDERED that there shall be a hearing on any Pretrial Motions and a Pretrial Conference on a day and time to be set by the Court; and

ORDERED that a Jury Trial is set for January 27, 2009; and

IT IS FURTHER ORDERED that the period between September 15, 2008 and January 27, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. SUSAN D. WIGENTON
United States District Court Judge

Patrick McMahon, AFPD
Attorney for Quadir Booker

Date: September 18, 2008