UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | 07-cr-00759-SDW |
| QUADIR BOOKER | : | ORDER |

This matter having come before the Court on the motion of Christopher J. Christie, United States Attorney for the District of New Jersey (Jacob T. Elberg and André M. Espinosa, Assistant U.S. Attorneys, appearing) ("the Government") for an order to introduce evidence concerning the statement of Defendant Quadir Booker ("Defendant") to a law enforcement officer that Defendant is a member of the Crips street gang, and Defendant's statement regarding a Kansas City Royals baseball cap he wore at the time of his arrest, to prove motive, intent, lack of mistake, and knowledge, pursuant to Federal Rule of Evidence 404(b); and the Court having considered the written arguments submitted by the Government; and the Court having heard oral arguments from the parties on September 8, 2008; and for the reasons set forth on the record by the Court on September 8, 2008; and for good and sufficient cause shown,

WHEREFORE, it is on this 30th day of September 2008,

ORDERED that the Government's motion pursuant to Federal Rule of Evidence 404(b) is DENIED.

HON. SUSAN D. WIGENTON
United States District Judge