UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | : | |
| v. | : | 07-cr-00759-SDW |
| | : | |
| QUADIR BOOKER | : | ORDER |

This matter having come before the Court on the motion of the City of Newark, New Jersey, (Steven Olivio, Esq., appearing) ("the City of Newark") for an order to quash a subpoena *duces tecum* served on the City of Newark by Defendant Quadir Booker ("Defendant"); and the Court having considered the written arguments submitted by the City of Newark; and the Court having heard oral arguments from the parties on September 8, 2008, during which Defendant agreed to withdraw the subpoena at issue, rendering the motion to quash by the City of Newark moot; and for the reasons set forth on the record by the Court on September 8, 2008; and for good and sufficient cause shown,

WHEREFORE, it is on this 30th day of September 2008,

ORDERED that the City of Newark's motion to quash the subpoena *duces tecum* served on it by Defendant is DISMISSED as moot; and it is further,

ORDERED that, the subpoena *duces tecum* is withdrawn.

HON. SUSAN D. WIGENTON
United States District Judge